■ PATRICIA TULLY, Appellant, v ANDERSON'S FROZEN CUSTARD, INC., Respondent. (Appeal No. 1.) [908 NYS2d 380]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered August 17, 2009 in a personal injury action. The order granted the motion of defendant for summary judgment and dismissed the complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Pine, JJ.